**Order entered September 21, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00668-CV

**DEDERIAN DEMOND HERRON, Appellant**

**V.**

**ABIGAIL SALVADOR MUNOZ, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05553**

## ORDER

Before the Court is appellant's September 20, 2018 letter addressed the Clerk of this Court. To the extent appellant intends this document to be a motion requesting relief from this Court, we **DENY** the motion. This case will be submitted in due course.

/s/    ADA BROWN
       JUSTICE